IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELISSA N. RAYBORN**                                                             **PLAINTIFF**

v.                                                       CIVIL ACTION NO. 1:22-cv-194-TBM-BWR

**JACKSON COUNTY SCHOOL DISTRICT** and **JOHN D. STRYCKER** *in his Individual Capacity and as Agent of the Jackson County School District*                                     **DEFENDANTS**

### ORDER

This matter came before this Court on Melissa N. Rayborn's Motion to Remand [6]. At the hearing conducted in this matter on November 3, 2022, this Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning the motion.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on November 3, 2022, Melissa N. Rayborn's Motion to Remand [6] is DENIED.

THIS, the 3rd day of November, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE